**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RENE GARCIA SANCHEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1579-G** |
| | ) | |
| **DIRECTOR OF DIAMONDBACK PROCESSING CENTER et al.,** | ) | |
| | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

On June 25, 2026, Petitioner Rene Garcia Sanchez filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review.

On September 21, 2026, Judge Maxfield issued a Report and Recommendation ("R. & R.," Doc. No. 9), in which she recommended the Petition be denied as moot. *See id.* at 2-7; *see also* Doc. No. 8-1, at 2-3. In the R. & R., Judge Maxfield advised the parties of their right to object to the R. & R. by September 28, 2026. Judge Maxfield also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or requested additional time to do so.

The undersigned agrees with the R. & R.'s finding that the claims raised by Petitioner are now moot. *See* R. & R. at 2-7; *see also Singh v. Mullin*, No. CIV-26-556-D,

2026 WL 2058953, at *1-2 (W.D. Okla. July 16, 2026). Pursuant to governing authority, however, the Petition shall be dismissed rather than denied on this basis. *See Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011); *Singh*, 2026 WL 2058953, at *2.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 9) is ADOPTED as modified herein.

The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 29th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge